The Honorable Richard Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> ROBEL GEBREMEHDIN et al, <br><br> Defendant. | NO. 2:23-cr-00053-RAJ <br><br> ~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

Based on the stipulated motion submitted by the parties to continue the trial date and extend the due date for pretrial motions, and being advised that all parties and their attorneys support this continuance, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to examine new discovery and investigating issues of considerable complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants reasonable time for effective preparation of their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from November 6, 2023, to March 18, 2024. The resulting period of delay from November 6, 2023, through April 1, 2024, is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that pretrial motions are due no later than February 7, 2024.

DATED this 28th day of September, 2023.

_____
The Honorable Richard A. Jones
United States District Judge